IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01680-BNB

JESSE JOE GONZALEZ,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Jesse Joe Gonzalez, is an inmate at the Adams County Jail in Brighton, Colorado. Mr. Gonzalez initiated this action by filing *pro se* a letter to the Court (ECF No. 1) complaining that his rights have been violated and stating that he would like to file a complaint. The instant action was commenced and, on June 26, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Gonzalez to cure certain deficiencies if he wished to pursue any claims in this action. Specifically, Magistrate Judge Boland directed Mr. Gonzalez to file a Prisoner Complaint and either to pay filing and administrative fees totaling $400.00 or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Gonzalez was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Gonzalez has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's June 26 order.

Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Gonzalez failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  1st  day of   August  , 2013.

BY THE COURT:

   s/ Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court